## VENEY *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 34, September Term, 1963.]

*Decided December 12, 1963.*

Before HENDERSON, HAMMOND, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons stated in his opinion filed in the lower court, Judge Sodaro properly dismissed without a hearing the second petition of Robert Veney for post conviction relief. The applica-

tion for leave to appeal from the order of dismissal will therefore be denied.

*Application denied.*